```
BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00444-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL AND SETTING CHANGE OF PLEA AND SENTENCING |
| v. | |
| MUSA KHEIDI SOOD, | Date: February 11, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Allison Claire |

It is hereby ordered that the trial confirmation hearing set for February 11, 2013 at 9:00 a.m. and the jury trial set for March 4, 2013 at 9:00 a.m. is VACATED. It is further ordered that a change of plea and sentencing is set for February 11, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 29, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE